USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE BALE,

                 Plaintiff,

-v-

CARLO F. NASTASI and MARGARET M. NASTASI,

                 Defendants.

Case No. 11-CV-4042 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

On October 17, 2013 this Court issued an Opinion and Order denying Plaintiff's motion for partial summary judgment. Accordingly, the next conference will take place on October 25, 2013 at 2:00 pm.

SO ORDERED.

Dated:    White Plains, New York
         October 17, 2013

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE